**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                     **CASE NO: 8:18-cr-492-T-27JSS**

**BREANNA KNIGHTS**

_____

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts Two and Seven of the Indictment is now accepted and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for March 25, 2019 at 2:00 P.M. Counsel of record and/or the United States Probation Office shall contact the courtroom deputy should it be anticipated that this hearing will exceed thirty (30) minutes.

IT IS SO ORDERED in Tampa, Florida this 25th day of January, 2019.

                                              /s/ *James D. Whittemore*
                                              **JAMES D. WHITTEMORE**
                                              **UNITED STATES DISTRICT JUDGE**

Copies to:     U.S. Attorney's Office
                    U.S. Probation Office
                    U.S. Marshal's Office
                    U.S. Pretrial Services
                    Counsel
                    Defendant