UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                    Case No: 8:18-Cr-492-T-27JSS

BREANNA KNIGHTS
_____/

## NOTICE OF APPEAL

Notice is hereby given that BREANNA KNIGHTS, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Sentencing and Judgment of Conviction rendered on March 25, 2019 in the above captioned case.

Submitted this *29th* day of *March*, 2019.

_____/s/ Jeffrey G. Brown_____
JEFFREY G. BROWN, ESQUIRE

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Elizabeth M. Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, located at U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this _29th_ day of _March_, 2019.

_____/s/ Jeffrey G. Brown_____
JEFFREY G. BROWN, ESQUIRE
Brown & Doherty, P.A.
450 Carillon Parkway, Suite 120
St. Petersburg, FL 33716
(727) 299-0099, Fax (727) 299-0044
FBN 832431
jeff@brownanddoherty.com